UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER GERBER & JILL MCAULEY,<br><br>Plaintiffs,<br><br>v.<br><br>STE. MICHELLE WINE ESTATES, LLC,<br>d/b/a CHATEAU STE. MICHELLE,<br><br>Defendants. | Case No. 2:25-cv-01283-JHC<br><br>**ORDER GRANTING SECOND JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

Plaintiffs Jennifer Gerber and Jill McAuley and Defendant Ste. Michelle Wine Estates LLC filed a Second Joint Stipulated Motion for Extension of Time in which they requested a three week extension of time for Defendant to answer, present defenses, or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief Under the Americans with Disabilities Act and the Washington Law Against Discrimination. Dkt. # 8. The parties jointly asked for this extended deadline in order to facilitate settlement discussions that they currently believe may lead to the resolution of this dispute and dismissal of this lawsuit. The Court having considered the request by the Parties, hereby rules as follows:

IT IS HEREBY ORDERED that Defendant shall file its responsive pleading no later than October 1, 2025.

DATED: September 9, 2025

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND JOINT
STIPULATED MOTION FOR EXTENSION
OF TIME TO ANSWER COMPLAINT - 2
Case No. 2:25-cv-01283-JHC