# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNIFER GERBER & JILL MCAULEY,<br><br>Plaintiffs,<br><br>v.<br><br>STE. MICHELLE WINE ESTATES, LLC,<br>d/b/a CHATEAU STE. MICHELLE,<br><br>Defendants. | Case No. 2:25-cv-01283-JHC<br><br>**ORDER GRANTING THIRD JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

Plaintiffs Jennifer Gerber and Jill McAuley and Defendant Ste. Michelle Wine Estates LLC filed a Third Joint Stipulated Motion for Extension of Time in which they requested a three-week extension of time for Defendant to answer, present defenses, or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief Under the Americans with Disabilities Act and the Washington Law Against Discrimination. Dkt. # 11. The parties jointly asked for this extended deadline in order to facilitate settlement discussions that they currently believe may lead to the resolution of this dispute and dismissal of this lawsuit. The Court having considered the request by the Parties, hereby rules as follows:

IT IS HEREBY ORDERED that Defendant shall file its responsive pleading no later than October 16, 2025.

DATED: October 6, 2025.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THIRD JOINT
STIPULATED MOTION FOR EXTENSION
OF TIME TO ANSWER COMPLAINT - 2
Case No. 2:25-cv-01283-JHC