# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JENNIFER GERBER & JILL MCAULEY,<br><br>Plaintiffs,<br><br>v.<br><br>STE. MICHELLE WINE ESTATES, LLC, d/b/a CHATEAU STE. MICHELLE,<br><br>Defendants. | Case No. 2:25-cv-01283-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR: January 6, 2026<br><br>Without Oral Argument |

Plaintiffs Jennifer Gerber and Jill McAuley and Defendant Ste. Michelle Wine Estates LLC (the "Parties") have jointly filed their Stipulated Motion to Dismiss with Prejudice. Dkt. # 13.

IT IS HEREBY ORDERD that the Parties' Stipulated Motion to Dismiss with Prejudice is GRANTED.

DATED: January 6, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE